IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 6, 2007**

Charles R. Fulbruge III
Clerk

No. 07-40478
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

BOBBY PEREZ

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-459-1

Before DAVIS, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

Bobby Perez, federal inmate # 82235-079, pleaded guilty to a marijuana-trafficking conspiracy charge and was sentenced to 87 months of imprisonment. He filed a notice of appeal more than one year after the criminal judgment was entered. His appeal is dismissed as untimely. See United States v. Leijano-Cruz, 473 F.3d 571, 574 (5th Cir. 2006). Perez also filed two motions for appointment of counsel. These motions are denied.

APPEAL DISMISSED; MOTIONS DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.